939 A.2d 290

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony DIODORO, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 24, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether accessing and viewing child pornography over the internet constitutes "control" of such pornography under 18 Pa.C.S. § 6312(d)?